# MINUTE ORDER

Page 5

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 9/8/2022    Time: 12:30PM

Defendant: JOSHUA DAVID NICHOLAS    J#: 08943-510    Case #: 22-CR-20296-MARTINEZ
AUSA: Jonathan Stratton    Attorney: AFPD-JULIE HOLT
Violation: PRETRIAL SERVICES VIOLATION    Surr/Arrest Date: 9/8/2022    YOB: 1994

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ◯ Yes ◯ No    Recommended Bond:
Bond Set at:    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments *Modified from Curfew
- [x] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

($50,000 10% with Nebbia)

Language: English

Disposition:
- Deft advised of rights & charges
- Deft consented to proceed by VTC.
- $50,000$ Deft shall remain with the same bond + additional conditions of release (Released)
- Deft shall comply with all bond conditions

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:10:20 // 13:38:02    Time in Court: 20 minutes

s/Lisette Marie Reid      Magistrate Judge