US District Court

Southern District of FL

Case No. 22: 20296-CR- Martinez / Becerra

USA

v

Josh Nicholas

REC'D BY _____ D.C.

FEB -7 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Motion to strike — see next page

TRULINCS 08943510 - NICHOLAS, JOSHUA DAVID - Unit: COL-B-D

---------------------------------------------------------------------------------------

FROM: 08943510
TO: Food Service
SUBJECT: ***Request to Staff*** NICHOLAS, JOSHUA, Reg# 08943510, COL-B-D
DATE: 01/31/2025 07:45:03 AM

To: MOTION TO VACATE
Inmate Work Assignment: NA

-------------------------------Motion to Strike prior motion to vacate sentence and restitution----------------------------

Pro Se

Recently, Mr. Nicholas filled a pro se motion to vacate the order of restitution and sentence. After that motion was in court the government reached out to Mr. Nicholas and they spoke on 1/30/2025.

During that conversation the government requested of Mr. Nicholas to strike the motion to vacate the sentence and restitution motion. Mr. Nicholas agrees to do so. As such, please strike the motion to vacate sentence and restitution. Mr. Nicholas understands the court is very busy and prays this court recognize this agreed upon motion to be GRANTED.

Respectfully,

Name - Josh Nicholas
Date - 1-31-25
Signature -

A copy of this motion is mailed to the government at Sara Hallmark US Department of Justice Criminal Division, Fraud Section 1400 New York Avenue, NW Washington DC 20005



Case 1:22-cr-20296-JEM   Document 94   Entered on FLSD Docket 02/07/2025   Page 3 of 3

Josh Nicholas
Reg 08743-510
Coleman Low B4
PO Box 1031
Coleman, FL
33541

REC'D BY_____D.C.

FEB -7 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

TAMPA FL 335
SAINT PETERSBURG FL
3 FEB 2025    PM 3  L

Wilkie D Ferguson, Jr
US Courthouse
Clerk of Court
400 N Miami Avenue Room 8
Miami FL
33128

33128-180199