TRULINCS 08943510 - NICHOLAS, JOSHUA DAVID - Unit: COL-B-D

---------------------------------------------------------------------------------------

FROM: 08943510
TO: Food Service
SUBJECT: ***Request to Staff*** NICHOLAS, JOSHUA, Reg# 08943510, COL-B-D
DATE: 02/06/2025 05:15:03 PM

To: Oppose Restitution reply
Inmate Work Assignment: NA

---------------------------------(--UNITED STATES DISTRICT COURT
---------------------------------\---CASE NO 22-20296-CR-MARTINEZ

USA

v.

Joshua David Nicholas

FILED BY ____ NAC ____ D.C.

FEB 1 1 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

----------------------------Reply to Government's opposition to return garnished assets back to Mr. Nicholas---------

Pro Se

1. First, Mr. O'byrne's "FACTUAL BACKGROUND" isn't even true. Mr. Nicholas was only convicted of securities fraud. He wasn't even charged with international money laundering.

2. Second, Mr. O'byrne is correct that "all other terms were intact". In Mr. Nicholas's original judgement his order was to pay $.00 in restitution while incarcerated. Mr. Nicholas is incarcerated and was incarcerated when the government garnished his Roth IRA. In original sentencing the judge ordered Mr. Nicholas a payment schedule and the government agrees that Mr. Nicholas has complied with the payment schedule.

3. So why is the government enforcing the schedule beyond their legal ability? The government justified their citation citing the Ekong case which is why Mr. Nicholas - in his initial motion - cited the circuit court of appeals that reversed the district court's reliance on that case as Mr. Nicholas expected the government to cite that case to justify their illegal enforcement.

4. The government is not limited to enforce the payment schedule if Mr. Nicholas defaults but clearly Mr. Nicholas has satisfied the payment schedule. If the court allows the government to take away Mr. Nicholas's assets here even though he's holding up his end of the bargain - what is the limit of the government then? Why does Mr. Nicholas have to hold up his end of the bargain but the government does not? That's very unfair.

5. What's to say that if the court doesn't stop this now that the government won't go ahead and take 20%,30%, or even 100% of all Mr. Nicholas's future earnings. Mr. Nicholas has reduced earnings potential due to the stigma of a felony making his MBA practically worthless. He is unmarried and has two kids both under 4 years old. It's only a matter of time until he expects child support payments to come. Plus, restitution is supposed to be a civil thing to achieve justice - not a means to further punish a defendant.

6. Furthermore, Mr. Nicholas, when he went to prison the Roth was worth about 20k. Then, about 18 months later Mr. Nicholas turned that 20k into over 70k. Previously in his career, Mr. Nicholas had success trading financial markets. But from prison he is unable to trade. Prior to coming to prison he made wise investments that clearly paid off. What's to say that Mr. Nicholas could not have used one of the exemptions to have early withdraw of the Roth without paying taxes to buy school books or any of the other exceptions. After all, just prior to coming to prison Mr. Nicholas was accepted into a PhD program in business administration at FIU in Miami, FL.

7. Finally, the judgement order as set forth in the schedule was being satisfied. Mr. Nicholas has not had contact with Mr. Foad in about a year. Mr. Foad engaged in conduct that lead Mr. Nicholas's mother and step-dad to file a complaint against Mr. Foad with the Florida Bar. Mr. Nicholas agrees that the government can basically do whatever it needs to to enforce the restitution order. But the restitution order was in good standing. Over enforcing does the opposite of the interest of justice as it forces Mr. Nicholas into a position where he will never be able to even go back to school and better himself. Liquidating Mr. Nicholas's primary asset essentially cripples not only his current financial condition but for years to come.

1 of 1- See Back of Page ‛cont on Back

F.) Thus, because the garnishment takes $ not yet due it should be returned to Mr. Nicholas. Not returning it also sets a precedent that basically gives the government all the power with no accountability.

A copy of this is mailed to the government at

Danielle Croke
500 S Australian Ave, 4ᵗʰ Floor
West Palm Beach, FL 33402

Josh Nichols
2-6-25

Josh Nicholas
Rey 08943-510
Coleman Low B4
PO Box 1031
Coleman FL
    33521

SAINT PETERSBURG FL
7 FEB 2025   PM 5  L

TAMPA FL  335

US District Court
Wilkie D Ferguson Jr Courthouse
400 North Miami Avenue, Room 8
Miami, FL
    33128

33128-771899