**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case Number: 22-CR-20296-MARTINEZ**

**UNITED STATES OF AMERICA**

**v.**

**JOSHUA DAVID NICHOLAS,**

    *Defendant.*

_____/

## ORDER DENYING MOTION TO MODIFY RESTITUTION PAYMENT SCHEDULE AND TO ADDRESS PATTERN OF PROBATION OFFICER ESCALATION

This cause came before the Court upon the Defendant's *Motion to Modify Restitution Payment Schedule and to Address Pattern of Probation Officer Escalation* **[ECF No. 97]**. The Court, having reviewed the motion and being otherwise fully informed, it is hereby

**ORDERED AND ADJUDGED** that the Defendant's *Motion to Modify Restitution Payment Schedule and to Address Pattern of Probation Officer Escalation* **[ECF No. 97]** is **DENIED.**

Per the *Amended Judgment in a Criminal Case* **[ECF No. 57]**, which was imposed on March 6, 2023, under the "Restitution with Imprisonment" paragraph on Page 6, it states: "if the defendant does not work in a UNICOR job, then the defendant must pay a **minimum** of $25.00 per quarter."

Since being sentenced, Defendant has obtained a full-time bookkeeper job at RRM Miami, a residential re-entry management facility. Additionally, during a recent pre-supervision meeting (since the defendant is scheduled to begin his supervised release on July 11, 2025), the defendant also provided information to the United States Probation

Office stating that he has obtained a full-time position as the finance director of an aerospace company, for which he will earn $80,000 per year. Defendant's paycheck reflects that he received $3,300 for his most recent pay period.

The $25.00 per quarter is the "minimum" amount that should be paid toward the financial obligation when the defendant does not work at a UNICOR job. In the instant matter, however, the defendant has found gainful employment that enables him to pay more than the monthly minimum.

Furthermore, under that same "Restitution with Imprisonment" section of the *Amended Judgment in a Criminal Case*, it also states: "The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney 's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay," essentially tasking those agencies with adjusting said restitution payments upon any material change in the defendant's ability to pay.

Given that the defendant's financial status has changed from when he was incarcerated and earning no money to his now being employed full-time and earning $3,300 per paycheck, the Bureau of Prisons staff has determined – and the Court agrees – that Mr. Nicholas is now able to pay more than the required $25.00 monthly minimum.

Therefore, the Court will not interfere with what has been decided, and it will allow the Amended Judgment to be enforced as ordered.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 23 day of May, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record
      United States Probation Office