UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20296-CR-MARTINEZ

FILED BY _____ D.C.

AUG 18 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA DAVID NICHOLAS,

Defendant.

_____/

## NOTICE OF RIPENESS FOR ECF 88,92,96, & 105

Defendant, Joshua David Nicholas, *pro se*, respectfully moves this court to issue a ruling on the following motions stated above.

ECF 88,92, & 96 have now all been fully briefed for <u>more than 6 months yet no decision has been made by the court</u>. Mr. Nicholas is willing to wait another 30 days until the end of September, but at that point he will be put in a position where he will be forced to <u>move towards the appeals court seeking a writ of mandamus</u> if this district court continues to delay the process.

With ECF 105 this court set a response deadline of 7/22/2025. That was now a month ago and the government has not opposed it and/or even replied. In ECF 105 Mr. Nicholas showed an email of the government not opposing. Under Federal Local rule 7.1(c)(1) a party has 14 days to reply. In this case, Mr. Nicholas showed the government's email where they do not

1

oppose. The government did not oppose within the 14 days. Now, it's been a month after the 14 day deadline and nothing has happened. Mr. Nicholas is currently on appeal with the CFTC in the 11th circuit in Case 25-12377 where the CFTC is ordered to reply to the brief by 10/2/2025. In that brief and other stuff on the docket in the district court with the CFTC case Mr. Nicholas showed irrefutable evidence of Mr. Foad's drug abuse and painted the picture of Mr. Foad's alternative motives. The prosecutors in this case are now fully aware of the games Mr. Foad is playing and they have not opposed him removing himself. Yet, months have passed and Mr. Foad refuses to remove himself from the case. Therefore, to clean things up Mr. Nicholas filled the motion to remove Mr. Foad and include the same travel limitations he had while on pre-trial. The government did not oppose and the motion now sits on the docket with no ruling for a month!

Please make a ruling so Mr. Nicholas and the government can move forward.

8/18/2025

Respectfully submitted,

Josh Nicholas, MBA

Pro Se Defendant

2081 SE Ocean Blvd Suite 306 Stuart FL 34996

joshuadavidn94@gmail.com

(772) 380-7618

Date: August 18, 2025

2

CERTIFICATE OF SERVICE        8/18/2025

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing notice is emailed to:

emailed on 8/17/2025

Lorinda Laryea – Government attorney

Lorinda.laryea@usdoj.gov

Mitchell Hyman – Government attorney

Mitchell.hyman@usdoj.gov

Sara Hallmark – Government attorney

Sara.hallmark2@usdoj.gov

Daniell Croke - Government attorney

Danielle.Croke@usdoj.gov

Yisel Valdes – Government Attorney

Yisel.valdes3@usdoj.gov