**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20296-CR-MARTINEZ/BECERRA**

**UNITED STATES OF AMERICA**

**vs.**

**JOSHUA NICHOLAS,**

      **Defendant.**

_____/

### GOVERNMENT'S OPPOSITION TO
### MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

The United States of America, by and through its undersigned attorneys, files this response in opposition to defendant Joshua Nicholas' motion to modify his conditions of supervised release, ECF No. 105.[1]

The government conferred with U.S. Probation Officer Kendra Schofield-Bailey, who stated that the U.S. Probation Office would oppose the modification. Officer Schofield-Bailey indicated that the reason provided by the defendant in his motion (i.e., to "avoid any accidental violations given Mr. Nicholas' proximity to where the lines are drawn") was not valid; specifically, that an accidental crossing is not possible because St. Lucie County does not border the Middle District of Florida. The government defers to U.S. Probation's assessment of the appropriateness of the modification and therefore opposes the defendant's motion.

### CONCLUSION

For all these reasons, the government respectfully requests that the Court deny the

---

[1] On August 19, 2025, the defendant filed a notice with respect to ECF 105; the government is providing its position to the extent the Court is still open to consider it.

defendant's motion.

Respectfully submitted,

LORINDA I. LARYEA
ACTING CHIEF, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ Sara Hallmark
      Sara Hallmark
      Florida Special Bar No. A5502900
      Trial Attorney
      U.S. Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, NW
      Washington, D.C. 20005
      Tel: (202) 262-7795
      Email: sara.hallmark2@usdoj.gov
      Yisel Valdes
      Florida Special Bar No. A5502330
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Sara Hallmark
Trial Attorney

3