PROB 12B                                                              SD/FL PACTS No.  8019021
(SD/FL 4/24)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  1:22-CR-20296-JEM(3)

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Joshua David Nicholas

Name of Sentencing Judicial Officer: The Honorable Jose E. Martinez, United States District Judge, Miami, Florida

Date of Original Sentence:  November 28, 2022

Original Offense:       Count Two: Conspiracy To Commit Securities Fraud, 18 U.S.C § 371

Original Sentence:      Committed to the custody of the United States Bureau of Prisons for a term of 51 months as to Count Two. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years. A $100.00 special assessment was ordered. The following special conditions were imposed: The defendant shall: 1) obtain prior written approval from the Court before entering into any self-employment; 2) provide complete access to financial information; 3) not apply for, solicit, or incur any further debt; and 4) notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

**March 6, 2023**: Your Honor signed an Order to Amend Judgment and Impose Restitution in the amount of $3,379,527.18.

**April 23, 2023**: Your Honor Granted an Unopposed Order on Defendant's Motion to Strike.

**May 23, 2025**: Your Honor signed an Order Denying Motion to Modify Restitution Payment Schedule and to Address Pattern of Probation Officer Escalation.

PROB 12B
(SD/FL 4/24)

SD/FL PACTS No. 8019021

**November 21, 2025**: The Honorable Judge Rodolfo A. Ruiz II, United States District Judge, signed an Order Denying Defendant's Motion for Sentence Reduction.

Type of Supervision: Supervised Release    Date Supervision Commenced: July 11, 2025

---

## PETITIONING THE COURT

☐    To extend term of supervision for ____ years, for a total term of ____ years.

☒    To modify the condition of supervision as follows:

**The defendant shall pay restitution at the rate of $500.00 per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

## CAUSE

The defendant commenced supervision in the Southern District of Florida on July 11, 2025. The defendant was ordered to pay restitution in the amount of $3,379,527.18, at the rate of 10% of his gross monthly earnings. Since commencing supervision, the defendant has only paid $25.00 towards restitution and has an outstanding balance of $3,307,838.57. Currently, he is $2,193.00 in arrears. The defendant reported he made payments using his bank's "bill pay" option, which never posted. The defendant was advised he could not use "bill pay" to make his payment and must either mail his payment to the Clerk's office or make a payment in person at the Clerk's office. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant is employed by Coastal Connections, LLC, located in Stuart, Florida, as a 1099 employee and earns $7,500.00 per month. The defendant was given credit for the following monthly expenses: rent $1,700.00, electric $98.00, basic cable $40.00, transportation cost $500.00, auto insurance $115.00, health insurance $93.76, clothing and grooming $65.00, child support $947.50, and groceries $1,068.00. As a 1099 employee the defendant was allotted tax savings of 30% of his monthly income in the amount of $2,250.00. The defendant has been given credit for monthly expenses in the amount of $6,877.26, leaving a disposable income of $622.74. The defendant has agreed to pay $500.00 per month towards restitution. Additionally, the defendant has agreed to make a payment of $2,218.00 towards his arrears by January 23, 2026.

PROB 12B
(SD/FL 4/24)

SD/FL PACTS No. 8019021

The defendant was presented with this information and concurred with our assessment, consequently, voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at the rate of $500.00 per month, commencing on February 1, 2026, and every month thereafter.

## RECOMMENDATION:

It is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $500.00 per month.

Respectfully submitted,

by: _____ B.M

Kendra Schofield-Bailey
United States Probation Officer
Office: 772-467-2373
Cellular: 786-261-8671
Date: January 16, 2026

---

THE COURT ORDERS:

☐ No Action
☑ The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

Date: 28 January 2026