

FILED BY_____D.C.

MAR 03 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA


CASE NO. 22-20296-MARTINEZ


UNITED STATES OF AMERICA

        Plaintiff,

v.


JOSHUA DAVID NICHOLAS

        Defendant,

_____/

---

## Notice of Appeal

---

      COMES NOW, Defendant, Joshua David Nicholas, *Pro Se*, stating the following:

      Notice is hereby given that Defendant, **Joshua David Nicholas**, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered on February 24, 2026 (**ECF No. 114**), denying Defendant's Motion to Reconsider Ruling in **ECF 111** for Garnished Assets in **ECF 88** (**ECF No. 112**).

This appeal is taken pursuant to **28 U.S.C. § 1291** and **Federal Rule of Appellate Procedure 4(b).**

**Note:** The plea deal does not prohibit this appeal. Nor does this appeal constitute a breach of the plea deal.

Respectfully submitted,

JOSHUA DAVID NICHOLAS, MBA

By: /s/ Josh Nicholas

3116 S Kanner Hwy Stuart, FL 34994

772-380-7618 (Cell)

Joshuadavidn94@gmail.com

### Certificate of Services

I hereby certify that on 3/3/2026 I emailed this document to,

Mitchell.Hyman@usdoj.gov , sara.hallmark2@usdoj.gov ,

yisel.valdes3@usdoj.gov , and danielle.croke@usdoj.gov who are listed at Plaintiff in this case that are not terminated.